**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: HONX, Inc.
  *Debtor*

Case Number: 4:22−cv−01435
SDTX Bankruptcy 22Adv03129

Kadar Mohansingh
  *Appellant*

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

Miscellaneous Hearing set for 6/9/2026 at 11:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: June 4, 2026

Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk