UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: HONX, INC               §       BANKRUPTCY  NO. 4:22-CV-90035
                               §
Debtor                         §

## ORDER

The Chapter 11 Plan Confirmation hearing in bankruptcy case 4:22cv90035 is scheduled June 9, 2026, at 11:00 AM before Bankruptcy Judge Christopher Lopez and District Judge Alfred H. Bennett in Courtroom 9A.


Signed on June 4, 2026.

Alfred H. Bennett
United States District Judge

1 / 1